COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Thomas Kevin Cook, MD and The Craniofacial and Plastic Surgery
                         Center-Houston v. Kathleen Broussard

Appellate case number:   01-17-00943-CV

Trial court case number: 2016-52406

Trial court:             164th District Court of Harris County

      This is an accelerated appeal. On January 10 and 11, the court reporter advised this Court that appellants had not paid for the record. On January 11, 2018, this Court issued a letter advising appellants that the deadline to submit written proof of payment for the reporter's record was 5:00 p.m., January 22, 2018. We received no response.

      Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

      Appellant's brief must be filed **no later than 20 days after the date of this order**.

      Appellees' brief will be due within 20 days after appellants' brief has been filed.

      It is so ORDERED.


Judge's signature: /s/ Jennifer Caughey
                ☒  Acting individually    ☐  Acting for the Court


Date: January 30, 2018